IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DARRELL NATHANIEL RICHARD, )
                                              )
                    Plaintiff, )
                                              ) 6: 12-cv-0321-TC
          v.                          )
                                              ) ORDER
UNIVERSITY OF OREGON DEPARTMENT)
OF PUBLIC SAFETY,            )
                                              )
                    Defendant. )
_____)

Magistrate Judge Thomas M Coffin has filed his Findings and
Recommendation on May 15, 2012.  The matter is now before me.
See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No
objections have been timely filed.  This relieves me of my
obligation to give the factual findings de novo review.  Lorin
Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).
See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation.  Plaintiff's complaint is dismissed without prejudice for failure to prosecute.  The clerk of court will enter judgment accordingly.

DATED this 26th day of June, 2012.

United States District Judge

2    - ORDER